IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SAMUEL HARRIS                                                   CV 06-1256-MA

       Plaintiff,                                           J U D G M E N T

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

       Defendant.

    Based on the record and the Opinion and Order filed herewith, the decision of the ALJ is reversed and remanded for further proceedings consistent with the Opinion and Order.

    IT IS SO ORDERED.

    DATED this <u>  6  </u> day of February, 2008.

                                          <u>   /s/   Malcolm F. Marsh      </u>
                                          Malcolm F. Marsh
                                          United States District Judge

1 - OPINION AND ORDER