FILED 08 MAY 15 13:35 USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**SAMUEL HARRIS,**                                              CV # 06-1256-MA

    Plaintiff,

vs.                                                            ORDER

**COMMISSIONER of Social Security,**

    Defendant.

_____

    Attorney fees in the amount of $7,499.00 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The check shall be sent

to Tim Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.


    DATED this _17_day of _May_____, 2008.

                                    _Malcolm F Marsh_____
                                    United States District Judge

Submitted on May 2, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1