WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '09 JUL 15 15:45 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SAMUEL HARRIS,**    CV 06-1256-MA

    Plaintiff,

vs.    ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $35,824.22 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $7,499.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $28,325.22, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this _13_ day of _July_, 2009.

_/s/ Malcolm F. Marsh_
United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1